IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND J. HARDING, | ) | 4:12CV3196 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 14) is granted, and the briefing schedule is modified as follows:

1. Plaintiff shall file a brief by January 22, 2013;

2. Defendant shall file a brief by February 21, 2013;

3. Plaintiff may file a reply brief by March 7, 2013; and

4. This case shall be ripe for decision on March 8, 2013.

December 21, 2012.                    BY THE COURT:


                                      *Richard G. Kopf*
                                      Senior United States District Judge