IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND J. HARDING, | ) | 4:12CV3196 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration,[1] | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 17) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by March 25, 2013;

2. Plaintiff may file a reply brief by April 8, 2013; and

3. This case shall be ripe for decision on April 9, 2013.

February 20, 2013.                    BY THE COURT:

                                      *Richard G. Kopf*
                                      Senior United States District Judge

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, and the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), she is substituted for Michael J. Astrue as Defendant in this action.