IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND J. HARDING, | ) | 4:12CV3196 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that Defendant's (second) motion for enlargement of time (filing 21) is granted, and the briefing schedule is modified as follows:

   1.   Defendant shall file a brief by April 24, 2013;

   2.   Plaintiff may file a reply brief by May 24, 2013; and

   3.   This case shall be ripe for decision on May 28, 2013.


   March 22, 2013.                    BY THE COURT:

                                      *Richard G. Kopf*
                                      Senior United States District Judge